# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ANGELA POSKEY, on behalf of**
**EDWARD POSKEY**                                                       **PLAINTIFF**

V.                             **No. 3:22-CV-00010-ERE**

**KILOLO KIJAKAZI, Acting**
**Commissioner of Social Security**                           **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, the Commissioner's decision is AFFIRMED. Judgment is entered in favor of the Commissioner.

IT IS SO ORDERED this 30th day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1